

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00289-CR

Jose **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-7016
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 16, 2025.

H. Todd McCray, Justice